1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LA PAZ NAVARRO DE RODRIGUEZ o/b/o GILBERTO RODRIGUEZ ALVAREZ, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.  1:21-cv-01697-BAM <br><br> ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Doc. No. 2) <br><br> THIRTY-DAY DEADLINE |

On November 29, 2021, Plaintiff Maria De La Paz Navarro De Rodriguez ("Plaintiff") filed the instant action. (Doc. No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2).

Plaintiff's application is insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action. Plaintiff appears to have significant assets, including a monthly income of $3,000 and multiple vehicles, which may require denial of *in forma pauperis* status. (*Id.* at 2.)

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full. In the Long Form application Plaintiff shall submit supplemental responses explaining the assets she

has disclosed, including any debt owed on the vehicles and further details on her monthly income.

Based upon the foregoing, it is HEREBY ORDERED that:

1.     The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2      Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3.     If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **December 1, 2021**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE