UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LA PAZ NAVARRO DE RODRIGUEZ on behalf of GILBERTO RODRIGUEZ ALVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security[1],<br><br>Defendant. | Case No.: 1: 21-cv-1697 JLT BAM<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND GRANTING DEFENDANT'S REQUEST TO AFFIRM THE ADMINISTRATIVE DECISION<br><br>ORDER DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF DEFENDANT MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, AND TO CLOSE THE CASE<br><br>(Docs. 20, 21, 22) |

Maria De La Paz Navarro De Rodriguez initiated this action by filing a complaint on behalf of Gilberto Rodriguez Alvarez, seeking judicial review of the administrative decision denying benefits for Mr. Rodriguez Alvarez. (*See generally* Doc. 1; Doc. 20.) The magistrate judge found the ALJ applied the proper legal standards and substantial evidence supported the administrative decision. (Doc. 22 at 6-18.) Therefore, the magistrate judge recommended Plaintiff's motion for summary judgment be denied, the Commissioner's request to affirm the administrative decision be granted, and judgment be entered in favor of the Commissioner. (*Id.* at 18.)

The Court served the Findings and Recommendations on the parties and notified them that any

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley as the defendant in this case.

1

objections were due within 14 days. (Doc. 22 at 18.) The Court advised the parties that failure to file any objections within the specified time may result in the waiver of rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither Plaintiff nor the Commissioner filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 26, 2024 (Doc. 22) are **ADOPTED**.
2. Plaintiff's motion for summary judgment (Doc. 20) is **DENIED**.
3. The Commissioner's request to affirm the administrative decision (Doc. 21) is **GRANTED**.
4. The Clerk of Court is directed to enter judgment in favor of Defendant Martin O'Malley, Commissioner of Social Security, and against Plaintiff Maria De La Paz Navarro De Rodriguez o/b/o Gilberto Rodriguez Alvarez, and to close this case.

IT IS SO ORDERED.

Dated:   **August 12, 2024**

UNITED STATES DISTRICT JUDGE